IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01884-REB-BNB

JAMES B. BOUCHARD,

Plaintiff,

v.

DENVER POLICE OFFICER M. WHETSTONE,
DENVER POLICE OFFICER K. JIMENEZ, and
CITY OF DENVER,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Stipulated Motion to Modify Case Management Order** [docket no. 32, filed January 22, 2010] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the case management order is modified to allow for 25 requests for interrogatories per party and 25 requests for production of documents per party.

DATED:  January 22, 2010