IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01884-REB-BNB

JAMES B. BOUCHARD,

Plaintiff,

v.

DENVER POLICE OFFICER M. WHETSTONE,
DENVER POLICE OFFICER K. JIMENEZ, and
CITY OF DENVER,

Defendants.

---

**ORDER**

---

I have reviewed the confidential settlement statements submitted by the parties. The

plaintiff states that he will not attend the conference in person, contrary to my order requiring

that parties be present in person with full authority to settle the case. Minute Order [Doc. # 30,

filed 1/14/2010]. I conclude that the parties do not intend to engage in meaningful settlement

discussions and that the settlement conference would be a waste of time and resources.

IT IS ORDERED that the settlement conference set for March 2, 2010, at 10:00 a.m., is

VACATED.

Dated February 26, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge