IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01884-REB-BNB

JAMES B. BOUCHARD,

Plaintiff,

v.

DENVER POLICE OFFICER M. WHETSTONE,
DENVER POLICE OFFICER K. JIMENEZ, and
CITY OF DENVER,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion to Accept Tardy Endorsement of Expert Witness** [Doc. # 36, filed 2/19/2010] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that any supplement to the Willard opinion must be served on the defendants as soon as possible, but not later than **April 1, 2010**.

IT IS FURTHER ORDERED that Willard shall appear for his deposition at a date and time as the parties may agree, but not later than **April 9, 2010**. The discovery cut-off is extended to and including April 9, 2010, solely to allow the deposition of Willard to be taken.

Dated March 22, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge