IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01884-REB-BNB

JAMES B. BOUCHARD,

Plaintiff,

v.

DENVER POLICE OFFICER M. WHETSTONE,
DENVER POLICE OFFICER K. JIMENEZ, and
CITY OF DENVER,

Defendants.

## ORDER

This matter arises on the **Joint Motion for Fees and Costs Pursuant to Court Order Re: Plaintiff's Motion to Compel** [Doc. # 63, filed 4/22/2010] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons state on the record:

IT IS ORDERED that the Motion [Doc. # 63] is GRANTED. Fees and costs are awarded to Wells Anderson & Race, LLC, in the amount of $1,650.00, and fees and costs are awarded to Bruno, Colin, Jewell & Lowe, P.C., in the amount of $645.00. Payment shall be made on or before May 21, 2010.

Dated May 7, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge