IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01884-REB-BNB

JAMES B. BOUCHARD,

Plaintiff,

v.

DENVER POLICE OFFICER M. WHETSTONE,
DENVER POLICE OFFICER K. JIMENEZ, and
CITY OF DENVER,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　　IT IS ORDERED that the **Unopposed Motion for Leave to Take the Deposition of Plaintiff's Expert Laurence Barton Goldman, M.D.** [Doc. # 105, filed 11/16/2010] is GRANTED.  The defendants may redepose Dr. Goldman for not more than four hours.  The deposition shall be completed on or before **December 30, 2010**.


DATED:  November 16, 2010