**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01884-REB-BNB

JAMES B. BOUCHARD,

    Plaintiff,

v.

DENVER POLICE OFFICER M. WHETSTONE,
DENVER POLICE OFFICER K. JIMENEZ, and
CITY OF DENVER,

    Defendants.

## MINUTE ORDER[1]

    The plaintiff's **Motion To Bifurcate** [#72] filed May 14, 2010, is **DENIED** as moot. When the plaintiff filed his motion to bifurcate, this case was set for a trial on August 30, 2010. The plaintiff sought bifurcation so the results of a surgery scheduled to be completed on June 10, 2010, could be know before the issue of damages was tried. The August 30, 2010, trial was continued. With the continuance of the trial, there is no apparent need to bifurcate the trial of this case.

    Dated: February 23, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.