**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01884-REB-BNB

JAMES B. BOUCHARD,

    Plaintiff,

v.

DENVER POLICE OFFICER M. WHETSTONE,
DENVER POLICE OFFICER K. JIMENEZ, and
CITY OF DENVER,

    Defendants.

---

**ORDER DENYING MOTION *IN LIMINE***

---

**Blackburn, J.**

    This matter is before me on the plaintiff's **Motion *In Limine*** [#88][1] filed July 30, 2010. The defendants did not file a response. I deny the motion.

    In his motion, the plaintiff argues that certain testimony would be unduly prejudicial to the plaintiff and would mislead the jury. On this basis, the plaintiff argues that this testimony should be excluded from evidence under Fed. R. Evid. 403. I conclude that the issues raised by the plaintiff in his motion *in limine* are evidence driven and cannot be resolved until evidence is presented at trial.[2] Of course, no trial evidence has been presented, and the evidentiary context of this case remains uncertain. The relevance of the evidence in question, and its potential to cause unfair prejudice or

---

[1] "[#88]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] For this very reason I specifically discourage the filing of such motions in my Practice Standards. REB Civ. Practice Standard V.F.

confusion, to mislead the jury, or to waste time, cannot be determined until the evidentiary landscape becomes clear at trial.

**THEREFORE, IT IS ORDERED** that the plaintiff's **Motion *In Limine*** [#88] filed July 30, 2010, is **DENIED** without prejudice.

Dated February 23, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge