**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 09-cv-01884-REB-BNB

JAMES B. BOUCHARD,

     Plaintiff,

v.

DENVER POLICE OFFICER M. WHETSTONE,  and
DENVER POLICE OFFICER K. JIMENEZ,

     Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

The following matters are before me for consideration: (1) the **Joint Stipulation For Dismissal With Prejudice** [#128][1] filed May 27, 2011; and (2) the **Joint Stipulation For Dismissal With Prejudice** [#129] filed May 27, 2011.  After reviewing the stipulations and the file, I conclude that the stipulations should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Joint Stipulation For Dismissal With Prejudice** [#128] filed May 27, 2011, as to the defendants in their individual capacities, is **APPROVED**;

2.  That the **Joint Stipulation For Dismissal With Prejudice** [#129] filed May 27, 2011, as to the defendants in their official capacities, is **APPROVED**;

---

[1]"[#128]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That the Trial Preparation Conference set for November 4, 2011, is

**VACATED**;

4.  That the jury trial set to commence November 28, 2011, is **VACATED**;

5.  That any pending motion is **DENIED** as moot; and

6.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

Dated May 31, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge

2